# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| JEAN ABELARD and GEUERDA ABELARD as Administrators and Prosequendum for the Estate of MARVEN ABELARD, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE  NO. _____ |
| v. | ) ) | |
| CLEAN EARTH, INC., SANDVIK, INC., AND ABC CORPS 1-10 (fictitious entities); | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF GARY HOHENBERGER

STATE OF Georgia )
COUNTY OF Cobb )

I, Gary Hohenberger, under penalty of perjury in accordance with 28 U.S.C. § 1746, declare the following facts:

1. I am over the age of eighteen and am not operating under any mental disabilities. Unless otherwise stated, the facts and circumstances set forth herein are based upon my personal knowledge and upon the business records of Sandvik Mining and Construction USA, LLC ("SMC, USA").

2. I am currently employed as a Financial Controller at SMC, USA. I have been employed by SMC, USA since 2008.

3. SMC, USA is a Delaware corporation with its principle place of business in Florida.

4. On or about February 25, 2013, Screen Service Technology, Inc. d/b/a Advanced Equipment/Eastern ("Advanced Equipment") ordered a QE440 Mobile Scalping Screener Unit (the "Screener") from SMC, USA. SMC, USA purchased the Screener directly from the manufacturer, Sandvik Construction Mobile Crushers and Screens, LTD, a U.K. entity. *See* Exhibit A, Invoices.

5. Advanced Equipment is a distributor that is unrelated to Sandvik, Inc.

6. Upon information and belief, Advanced Equipment sold the Screener to Clean Earth.

7. Sandvik, Inc. is a corporate entity with the principle function of providing certain administrative services to various Sandvik entities.

8. Sandvik, Inc. had no involvement in the sale of the Screener to Clean Earth.

9. Sandvik, Inc. did not design, manufacture, test, distribute, market, supply, inspect, maintain or repair the Screener at issue.

10. Sandvik, Inc. does not sell, design, manufacture, test, distribute, market, supply, inspect, maintain or repair any Sandvik branded equipment.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Gary Hohenberger
Financial Controller
Sandvik Mining and Construction USA, LLC

*[Notary seal: Sarah Camacho, My Commission Expires Nov. 21, 2019, Coweta Co., Georgia, Notary Public]*

_Sarah Camacho_ Notary
Sarah Camacho  August 25, 2016

# EXHIBIT A



Sandvik Construction
Mobile Crushers and Screens Ltd
Hearthcote Road, Swadlincote, UNITED KINGDOM, DE11 9DU

EMAIL: paul.francks@sandvik.com
WEB: http://www.construction.sandvik.com
COMPANY NO.: 4636796    VAT REG. NO: GB 806 3999 95

TEL: +44 (0)1283 212121  FAX: +44 (0)1283 226935

Invoice to
SANDVIK MINING & CONSTRUCTION USA
300 TECHNOLOGY COURT, SMYRNA
GEORGIA, 30082
UNITED STATES

Deliver to
SANDVIK MINING & CONSTRUCTION USA
300 TECHNOLOGY COURT, SMYRNA
GEORGIA, 30082
UNITED STATES

# Invoice copy

Number: INTS003678

VAT reg. no.: NON EU STATE- USA       Payment ID..............:

| Date | Account | Order | Claim No | Del note no | Delivery method | Delivery terms | Currency | Page |
|---|---|---|---|---|---|---|---|---|
| 25/07/2013 | C4684USDM | M200057 | | SPK0006226_S | | | USD | 1 |

| Serial number | Product account | Category | Transaction text | Quantity | Net amount | Vat amount |
|---|---|---|---|---|---|---|
| SW13184 | 11112 | QE440 | QE440 MOBILE SCALPING SCREENER UNIT | 1.00 | 239,081.00 | 0.00 |

HS Commodity Code ....:       UK Commodity Code....:       Commodity Tariff..........: 0.00       Country/region...............:

Oil Spec = Standard
2 Way or 3 Way Split? = 3 Way
Power Pack Type = USA
Bottom Deck Screening Media = SM7020
Language Pack = United States
Screen Box Specification = QE440SB005

| SW13184 | | Delivery | Delivery charge to customer | 1.00 | 9,126.00 | 0.00 |

HS Commodity Code ....:       UK Commodity Code....:       Commodity Tariff..........: 0.00       Country/region...............:

VAT Analysis

| Code | Rate | Goods Value | VAT Value |
|---|---|---|---|
| | | 248,207.00 | 0.00 |
| | Tax-free exports to third countries | | |

Due date: 29/09/2013

Bank ...................: NORDEAUSD
Sort code...............: IBAN
Account number...: 6849137
IBAN ....................: SE9295000099603406849137

Total Goods:       248,207.00
Total discount:              0.00
Total Vat:                       0.00
Total Payable:     248,207.00   USD

**SANDVIK**

## INVOICE COPY

| | |
|---|---|
| **Invoice number** | **Customer number**    Page |
| B165780 | XXSCR3/000    1(1) |
| **Invoice date** | **Buyer's reference** |
| 07/31/2013 | EQ11152012-1 |
| **Contact person** | **Order number** |
| Ronnee Balliet | 0731429 |

**Buyer (if other than consignee)**
SCREEN SERVICE TECHNOLOGY INC.
DBA: ADVANCED EQUIPMENT/EASTERN
22 NEALY BLVD
TRAINER PA, 19061
USA

**Consignee**
SCREEN SERVICE TECHNOLOGY INC.
DBA: ADVANCED EQUIPMENT/EASTERN
22 NEALY BLVD
TRAINER PA, 19061
USA

**Customer VAT ID**
.

**Terms of delivery (Incoterms 2010)**
DDP TRAINER PA, INCOTERMS 2010

| | | | |
|---|---|---|---|
| **Delivery from** | **Place of invoice issue** | **Delivery date** | **Payment due date** |
| USA | United States | 07/31/2013 | 08/30/2013 |
| **Sales person** | **Sales area** | **Terms of payment** | **Payment method** |
| Ronnee Balliet | USA & Canada | 30 days net from invoice date | check |
| **Despatch method** | **Order date** | | |
| PICK-UP | 02/25/2013 | | |
| **Supplier order no** | **Despatch note no** | **Salesman** | |
| | 00 | HOUSE | |
| **Delivery from** | | **Carrier** | |
| ME - New Rig Inventory | | Customer Pickup | |

| Line Our | Cust | Item number Description | Quantity | Uom | Unit | Amount USD |
|---|---|---|---|---|---|---|
| 1 | | ENTERED BY RONNEE BALLIET<br>QE440<br>SN: 1886SW13059<br>CUSTOMER PICK UP AT NEWARK PORT<br>QE440<br>QE440 MOBILE SCALPING SCREEN | 1 | each | 239 000.00 | 239 000.00 |
| | | *** Lot List ***<br>1886SW13184<br>*** End of Lot List *** | 1 | | | |

| | |
|---|---:|
| Goods total | 239 000.00 |
| Sales Tax | 0.00 |
| Others | |
| Total | 239 000.00 |

| Contact | Sandvik Mining and Construction USA, LLC | Wire Transfer Funds: | Acct# 4010343001 |
|---|---|---|---|
| Sandvik Mining and Construction USA, LLC | Company code: 4684 | Nordea Bank Finland Plc-New York Branch | ABA# 026010786 |
| | Dept CH-10576 | 437 Madison Avenue | Swift Code: NDEAUS3N |
| | Palatine, IL 60055-0576 | New York, NY 10022 | |
| ✉ ronnee.balliet@sandvik.com | USA | USA | |
| | Phone: +1 404-589-3800 | | |
| | Fax: +1 404-589-2900 | | |