# EXHIBIT C

SILLS CUMMIS & GROSS P.C.
Beth S. Rose (N.J. Bar No. 028491987)
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
*Attorneys for Defendant Sandvik, Inc.*

| | |
|---|---|
| JEAN ABELARD and GEUERDA ABELARD as Administrators and Prosequendum for the Estate of MARVEN ABELARD, <br><br> Plaintiffs, <br><br> v. <br><br> CLEAN EARTH, INC., SANDVIK, INC., AND ABC CORPS 1-10 (fictitious entities); <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - UNION COUNTY <br><br> Docket No. UNN-L-2399-16 |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   Clerk of the Superior Court of New Jersey, Law Division, Union County

David Mazie, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that a Notice of Removal of the above-captioned action from the Superior Court of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey, a copy of which is attached hereto as Exhibit A, was filed on August 30, 2016 in the United States District Court for the District of New Jersey. Notice of that filing was given pursuant to 28 U.S.C. §1446.

Dated:  August 30, 2016

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By: _____
Beth S. Rose
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102

*Attorneys for Defendant Sandvik, Inc.*

SILLS CUMMIS & GROSS P.C.
Beth S. Rose (N.J. Bar No. 028491987)
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
*Attorneys for Defendant Sandvik, Inc.*

| | |
|---|---|
| JEAN ABELARD and GEUERDA ABELARD as Administrators and Prosequendum for the Estate of MARVEN ABELARD,<br><br>Plaintiffs,<br><br>v.<br><br>CLEAN EARTH, INC., SANDVIK, INC., AND ABC CORPS 1-10 (fictitious entities);<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - UNION COUNTY<br><br>Docket No. UNN-L-2399-16 |

I hereby certify that on August 30, 2016, I caused to be served a true and correct copy of defendant's Notice of Removal to Federal Court in this action by U.S. Mail, first-class, postage prepaid, and addressed to the following counsel and party of record:

David Mazie, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
*Attorneys for Plaintiffs*

Eric S. Aronson, Esq.
Greenberg Traurig
500 Campus Drive
Suite 400
Florham Park, NJ 07932-0677
*Attorneys for Clean Earth, Inc.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                    /s/ Beth S. Rose
                                    BETH S. ROSE

Dated:  August 30, 2016