UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN ABELARD and GEUERDA ABELARD as Administrators and Prosequendum for the Estate of MARVEN ABELARD,<br><br>Plaintiffs,<br><br>v.<br><br>CLEAN EARTH, INC., SANDVIK, INC., AND ABC CORPS 1-10 (fictitious entities);<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. _____ |

**CORPORATE DISCLOSURE STATEMENT OF**
**SANDVIK, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sandvik, Inc. states that the following is a complete list of Sandvik, Inc.'s parent corporations and publicly held companies that own 10% or more of Sandvik, Inc.'s stock:

Sandvik Finance B.V.

Dated:  August 30, 2016                              Respectfully submitted,

                                                                         SILLS CUMMIS & GROSS P.C.


                                                                         By:      s/  Beth S. Rose
                                                                                     Beth S. Rose
                                                                                     The Legal Center
                                                                                     One Riverfront Plaza
                                                                                     Newark, New Jersey 07102

                                                                         *Attorneys for Defendant Sandvik, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I caused to be served a true and correct copy of Defendant's Corporate Disclosure Statement by U.S. Mail, first-class, postage prepaid, and addressed to the following counsel and party of record:

| | |
|---|---|
| David Mazie, Esq.<br>Mazie Slater Katz & Freeman, LLC<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>*Attorneys for Plaintiffs* | Eric S. Aronson, Esq.<br>Greenberg Traurig<br>500 Campus Drive<br>Suite 400<br>Florham Park, NJ 07932-0677<br>*Attorneys for Clean Earth, Inc.* |

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                          s/  Beth S. Rose
                          BETH S. ROSE

Dated:  August 30, 2016